

FILED

03/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0648

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 19-0648

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ANDREW PIERCE LAKE,

Defendant and Appellant.

FILED

MAR 12 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 14, 2020 to prepare, file and serve the Appellant's opening brief.

DATED this ____ day of March, 2020.

_____

Chief Justice